

**Vance & Huffman**
55 Monette Parkway, Suite 100
Smithfield, VA 23430

| ☐ MASTERCARD | ☐ AMEX | ☐ VISA |
|---|---|---|

| CARD NUMBER | EXP. DATE |
|---|---|
| SIGNATURE | AMOUNT |

Visit us on the web at www.vhllc.co

0000000322

SHARI phillips
10114 ENCHANTED OAKS CT
TAMPA, FL  33615-1616

Please remit to:
Vance & Huffman, L.L.C.
55 Monette Parkway, Suite 100
Smithfield, VA 23430

| Date | File Number | Account | Balance |
|---|---|---|---|
| August 17, 2015 | PB811171 | 7310046000691090 | $ 1,089.26 |

Dear SHARI phillips:

In an effort to assist you in resolving this delinquent debt we are offering to settle above account for a single payment of $653.56.

We urge you to take advantage of this limited time offer to resolve this debt forever and avoid future collection attempts.

If you fail to take advantage of this offer, we will be forced to investigate your current situation and make a decision as to how we will proceed in the re-collection of this debt.

This offer expires on September 16, 2015 and we are not obligated to renew or to extend this offer past the expiration date.

**Payment Options:**

- Call **(855) 206-6697** Monday through Thursday 9:00AM-7:30PM and Friday 9:00AM-5:30PM Eastern time to use our fast, free and convenient telephone processing service.  We accept major credit cards, debit cards and check-by-phone.
- To pay via mail send check, money order or completed credit card information from the top of this letter to the address above.  **Make checks payable to Vance & Huffman.**

Sincerely,

Collections Department

# Exhibit A

This letter is from a debt collector and is an attempt to collect a debt.
Any information obtained will be used for that purpose.

VLBSIF-1

**COMPANY ADDRESS:** Vance & Huffman, 55 Monette Parkway, Smithfield, VA 23430
**HOURS OF OPERATION:** 9:00AM - 7:30PM (EST) Monday through Thursday, 9:00AM - 5:30PM (EST) Friday
**TOLL-FREE TELEPHONE NUMBER:** 1-855-206-6697
**DISPUTES CORRESPONDENCE:** Vance & Huffman Dispute Department, 55 Monette Parkway, Suite 100, Smithfield, VA 23430
**DISPUTES DEPARTMENT E-MAIL ADDRESS:** info@vhllc.co
**QUALITY SERVICE SPECIALIST AVAILABLE MON-THUR 9:00AM TO 7:30PM (EST) and FRI 9:00AM TO 5:30PM (EST)**
Not happy with the way you were treated? Our company strives to provide professional and courteous service to all our customers. Contact one of our staff to discuss issues related to our quality of service to you, by phone at(855) 206-6697 or by e-mail at info@vhllc.co
**DEBIT TRANSACTION FEES:** Third party vendors may charge a transaction fee for processing payments made by debit card; however, V&H does not charge or accept any fees. Please discuss this option with our staff if you have any questions

**PRIVACY NOTICE:** We collect certain personal information about our customer from the following sources: (a) information we received from them; (b) Information we receive from consumer reporting agencies; (c) information concerning their transactions with us, affiliates, or others. We may disclose the following kinds of nonpublic personal information about our customers:  We restrict access to nonpublic information about you to those employees and entities that need to know that information in order to collect your account. We maintain physical, electronic and procedural safeguards that comply with the federal regulations to guard your nonpublic personal information.

**NOTICE:** If this account is eligible to be reported to the credit reporting agencies by our company, we are required by law to notify you that a negative credit report reflecting on your credit records may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligation.

Federal law prohibits certain methods of debt collection, and requires that we treat you fairly. You can stop us from contacting you by writing a letter to us that tells us to stop the contact or that you refuse to pay the debt. Sending such a letter does not make the debt go away if you owe it. Once we receive your letter, we may not contact you again, except to let you know that there won't be any more contact or that we intend to take a specific action. If you have a complaint about the way we are collecting this debt, please write to us at 55 MOnette Parkway, Suite 100, Smithfield, VA 23430, email us at info@vhllc.co or call us toll-free at 1-855-206-6697 between 9:00 A.M. and 5:30 P.M. EST, Monday - Friday. The Federal Trade Commission enforces the Fair Debt Collection Practices Act(FDCPA). If you have a complaint about the way we are collecting your debt, please contact the FTC online at www.ftc.gov; by phone at 1-877-FTC-HELP; or by mail at 600 Pennsylvania Ave., N.W., Washington, D.C. 20580.

**Colorado Residents:** FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE WWW.COLORADOATTORNEYGENERAL.GOV/CA. A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt.  Toll Free No. 1-855-206-6697.  Colorado office: 13111 East Briarwood Avenue, Suite 340, Centennial, CO 80112.  1-888-758-7626.

**Idaho Residents:** If the debt collector has a managerial or financial interest in the creditor, or the creditor has a managerial or financial interest in the debt collector, every communication with the debt must disclose the interest. 55 Monette Parkway Suite 100, Smithfield, VA 23430. Toll Free No. (855) 206-6697.

**Kansas Residents:** An investigative consumer report, which includes information as to your character, general reputation, personal characteristics and mode of living, has been requested. You have the right to request additional information, which includes the nature and scope of the investigation.

**Maine Residents:** Hours of Operation: M-F 9:00 a.m. to 5:30 p.m. Toll Free No. (855) 206-6697

**Massachusetts Residents:** WE ARE REQUIRED BY REGULATION OF THE MASSACHUSETTS ATTORNEY GENERAL TO NOTIFY YOU OF THE FOLLOWING INFORMATION. THIS INFORMATION IS NOT LEGAL ADVICE: THIS DEBT MAY BE TOO OLD FOR YOU TO BE SUED ON IT IN COURT. IF IT IS TOO OLD, YOU CANNOT BE REQUIRED TO PAY IT THROUGH A LAWSUIT. TAKE NOTE: YOU CAN RENEW THE DEBT AND THE STATUTE OF LIMITATIONS FOR THE FILING OF A LAWSUIT AGAINST YOU IF YOU DO ANY OF THE FOLLOWING: MAKE ANY PAYMENT ON THE DEBT; SIGN A PAPER IN WHICH YOU ADMIT THAT YOU OWE THE DEBT OR IN WHICH YOU MAKE A NEW PROMISE TO PAY; SIGN A PAPER IN WHICH YOU GIVE UP OR WAIVE YOUR RIGHT TO STOP THE CREDITOR FROM SUING YOU IN COURT TO COLLECT THE DEBT. WHILE THIS DEBT MAY NOT BE ENFORCEABLE THROUGH A LAWSUIT, IT MAY STILL AFFECT YOUR ABILITY TO OBTAIN CREDIT OR AFFECT YOUR CREDIT SCORE OR RATING. NOTICE OF IMPORTANT RIGHTS: YOU HAVE THE RIGHT TO MAKE A WRITTEN OR ORAL REQUEST THAT TELEPHONE CALLS REGARDING YOUR DEBT NOT BE MADE TO YOU AT YOUR PLACE OF EMPLOYMENT. ANY SUCH ORAL REQUEST WILL BE VALID FOR ONLY TEN DAYS UNLESS YOU PROVIDE WRITTEN CONFIRMATION OF THE REQUEST POSTMARKED OR DELIVERED WITHIN SEVEN DAYS OF SUCH REQUEST. YOU MAY TERMINATE THIS REQUEST BY WRITING TO THE DEBT COLLECTOR. Hours of Operation: M-F 9:00 a.m. to 5:30 p.m. Toll Free No. (855) 206-6697.

**Tennessee Residents:** This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance.

**Utah Residents:** As required by Utah law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

**Washington Residents:** This collection agency is licensed in the State of Washington at the following address: Collection Agency Program, Department of Licensing, PO Box 9034, Olympia, WA 98507-9034.